# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARON L. BARRIER-YACINICH, a married woman,<br><br>     Plaintiff,<br><br> v.<br><br>SAFEWAY, INC., a Delaware corporation,<br><br>     Defendant. | CASE NO. 2:16-CV-0205-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal with Prejudice of all Claims (ECF No. 10). The parties stipulate that all claims may be dismissed with prejudice and without fees or costs, and that an order dismissing all claims may be entered.

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED** with prejudice and without costs or attorney's fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** November 21, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2